EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 21 2003
at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br> DEBORAH PASCUAL,         (01)      )<br> and                                )<br> JUSTIN ZABRISKIE        (02)       )<br>                                    )<br>          Defendant.                )<br>                                    ) | CR. NO. CR03-00254SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a),<br> 841(b)(1)(C); 18<br> U.S.C. § 922(g)(3)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 8, 2003, in the District of Hawaii, DEBORAH PASCUAL knowingly and intentionally possessed with the intent to distribute five grams or more of a mixture or substance which contains cocaine base, a.k.a. "crack" cocaine, a Schedule

II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

## COUNT 2

The Grand Jury further charges:

On or about January 8, 2003, in the District of Hawaii, DEBORAH PASCUAL knowingly and intentionally possessed with the intent to distribute a quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about January 8, 2003, in the District of Hawaii, JUSTIN ZABRISKIE knowingly and intentionally possessed a quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

## COUNT 4

The Grand Jury further charges:

On or about January 8, 2003, in the District of Hawaii, the defendant, JUSTIN ZABRISKIE, a person who was an unlawful user of any controlled substance, as defined in Title 21,

United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit:

    1) a Taurus, .38 special, revolver, bearing serial number 666597; and

    2) a CDM, .25 caliber semiautomatic pistol, serial number 8871.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: May 21, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney