| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 03-00254SOM-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 0971/5:06CR00290-JF |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JUSTIN ZABRISKIE | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/11/2005 — TO 2/10/2008 |

**OFFENSE**

Count 3: Simple Possession of Cocaine, in violation of 21 U.S.C. § 844, a Class A misdemeanor; and
Count 4: Unlawful User of a Controlled Substance in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3), a Class C felony

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California (San Jose)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/4/06
Date

*/s/ Susan Oki Mollway*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California (San Jose)

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 18, 2006
Effective Date

*/s/ James Ware*
United States District Judge