AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00254 SOM 02 |

JUSTIN ZABRISKIE
Ainaloa, Stardust
Keaau, HI 96749
   (Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST JUSTIN ZABRISKIE and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Possession of cocaine, Schedule II - CT 3
Unlawful user of controlled substance in possession of firearm - CT 4

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 9 o'clock and 25 min.
SUE BEITIA, CLERK

in violation of Title 21 United States Code, Section(s) 844 and 18:922(g)(3).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 21, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  01.14.2004 | Jarus Yuro   GS | *[signature]* |